**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 307 EAL 2014
:
                Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.                   :
:
:
:
ARNOLD MOSES,            :
:
                Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.